# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **XAVIER HERRERA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:21-CV-00404-SH** |
| **PATRICK MITCHELL and SWIFT** | § | |
| **TRANSPORTATION COMPANY OF** | § | |
| **ARIZONA, LLC,** | § | |
| *Defendants* | § | |

## FINAL JUDGMENT

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice, filed February 11, 2022 (Dkt. 23). The parties have entered into an agreement to settle all matters in this lawsuit.

The Court **HEREBY GRANTS** the Agreed Motion to Dismiss with Prejudice (Dkt. 23) and **DIMISSSES WITH PREJUDICE** all causes of action that have been asserted or could have been asserted in this lawsuit. All costs are taxed against the party incurring same. The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on February 14, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE